<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-1061**

─────────────

STATE OF NORTH CAROLINA,

                              Plaintiff - Appellee,

        versus

LEMUEL F. SWINDELL,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CA-99-257-1)

─────────────

Submitted: March 9, 2000          Decided: March 16, 2000

─────────────

Before WILKINS, TRAXLER, and KING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Lemuel F. Swindell, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Lemuel F. Swindell appeals the district court's order dismissing Swindell's motion to remove his state court traffic matter to federal court for lack of jurisdiction.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See North Carolina v. Swindell</u>, No. CA-99-257-1 (W.D.N.C. Dec. 17, 1999).  We deny Swindell's motion to proceed in forma pauperis in this court.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>